W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

WILLIAM F. LEE (*pro hac vice admission pending*)
william.lee@wilmerhale.com
DOMINIC E. MASSA (*pro hac vice admission pending*)
dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

JAMES M. DOWD (*pro hac vice admission pending*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants*
Nintendo Co., Ltd., and Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NXP B.V., | CASE NO. 2:13-cv-00453-MMD-VCF |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |
| NINTENDO CO., LTD., and NINTENDO OF AMERICA INC., | |
| Defendants. | |

-1-

3744478.1

TO: ALL PARTIES; and

TO: THEIR RESPECTIVE COUNSEL.

Counsel for Defendants Nintendo Co. Ltd. and Nintendo of America Inc. gives notice that effective September 1, 2013 Lewis and Roca LLP has changed name to Lewis Roca Rothgerber LLP.

In addition, the email addresses for the attorney who has appeared in this case for Lewis and Roca LLP will change as follows:

Wallen@lrlaw.com to Wallen@lrrlaw.com

All other contact information for the firm and its lawyers will remain the same.

Dated: September 10, 2013

                                  LEWIS ROCA ROTHGERBER LLP

                                  By: */s/ W. West Allen*
                                  W. West Allen (Nevada Bar No. 5566)
                                  3993 Howard Hughes Parkway, Suite 600
                                  Las Vegas, Nevada  89109

William F. Lee (*pro hac vice admission pending*)
william.lee@wilmerhale.com
Dominic E. Massa (*pro hac vice admission pending*)
dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109

James M. Dowd (*pro hac vice admission pending*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

*Attorneys for Defendants*
*Nintendo Co., Ltd., and Nintendo of America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the CM/ECF registrants.

                                      s/     *Judy Estrada*
                                      An Employee of Lewis Roca Rothgerber LLP