1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

Case # 2:13-cv-00453-MMD-VCF

NXP B.V.,

9
10

Plaintiff(s),

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

11

vs.

12

NINTENDO CO., LTD., and
NINTENDO OF AMERICA INC.,

13
14

Defendant(s).

**FILING FEE IS $200.00**

15
16

Dominic E. Massa , Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.     That Petitioner is an attorney at law and a member of the law firm of

Wilmer Cutler Pickering Hale and Dorr LLP

19

(firm name)

20

with offices at                    60 State Street                    ,
(street address)

21
22

Boston            ,        Massachusetts        ,    02109    ,
(city)                          (state)                 (zip code)

23

(617) 526-6000        ,     dominic.massa@wilmerhale.com     .
(area code + telephone number)            (Email address)

24

2.     That Petitioner has been retained personally or as a member of the law firm by

25
26

Nintendo Co., Ltd. & Nintendo of America Inc.  to provide legal representation in connection with
[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 12/11

3.    That since ___December 17, 1993___, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___Massachusetts___
                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Massachusetts | September 16, 1994 | 564964 |
| Federal Circuit | August 24, 2009 | none |
| District of Colorado | May 21, 2012 | none |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

N/A

7.      That Petitioner is a member of good standing in the following Bar Associations:

N/A

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Massachusetts___ )
COUNTY OF _____Suffolk_____ )

___Dominic E. Massa___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_9th_ day of _September_, _2013_.

_Patricia A Bessett_
Notary Public or Clerk of Court
_My commission expires  11/11/2116_

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____W. West Allen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____3993 Howard Hughes Parkway, Suite 600_____,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)                           (state)                          (zip code)

___(702) 949-8200___, ___wallen@lrlaw.com___.
(area code + telephone number)        (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ W. West Allen _____ as

his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

Noah Lang
_____
(Party signature)

on behalf of Nintendo Co., Ltd. and Nintendo of America Inc.
_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                              wallen@lrlaw.com
_____
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1993** , said Court being the highest Court of Record in said Commonwealth:

## Dominic Massa

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **September** in the year of our Lord **two thousand and thirteen.**

**MAURA S. DOYLE,** Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116