1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NXP B.V.,

    Plaintiff(s),

  vs.

NINTENDO CO., LTD., and
NINTENDO OF AMERICA INC.,

    Defendant(s).

Case # 2:13-cv-00453-MMD-VCF

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

   William F. Lee   , Petitioner, respectfully represents to the Court:
   (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

     Wilmer Cutler Pickering Hale and Dorr LLP
          (firm name)

with offices at      60 State Street     ,
         (street address)

  Boston   ,   Massachusetts  ,  02109 ,
  (city)      (state)   (zip code)

 (617) 526-6000 ,  william.lee@wilmerhale.com .
(area code + telephone number)   (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

Nintendo Co., Ltd. & Nintendo of America Inc. to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.      That since _____January 13, 1977_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Massachusetts_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

N/A

7.     That Petitioner is a member of good standing in the following Bar Associations:

N/A

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

·10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                              Petitioner's signature

5  STATE OF <u>Massachusetts</u>    )

                                )

6  COUNTY OF <u>Suffolk</u>    )

7      <u>William F. Lee</u>    , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                               Petitioner's signature

10  Subscribed and sworn to before me this

11  <u>9th</u> day of <u>September</u>, <u>2013</u>.

12

13  _____

                  Notary Public or Clerk of Court

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
**THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate    <u>W. West Allen</u>,

19                                                 (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23            <u>3993 Howard Hughes Parkway, Suite 600</u>,

                                (street address)

24      <u>Las Vegas</u>,      <u>Nevada</u>,    <u>89169</u>,

25        (city)                   (state)      (zip code)

26      <u>(702) 949-8200</u>,      <u>wallen@lrlaw.com</u>

27  (area code + telephone number)      (Email address)

28                                       4                                 Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
Noah Lang
(Party signature)

on behalf of  Nintendo Co., Ltd. and Nintendo of America Inc.
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                          wallen@lrlaw.com
Bar number                   Email address

APPROVED:

Dated: this __23rd__ day of ___September___, 20_13_

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

| WILLIAM F. LEE | |
| --- | --- |
| **COURTS TO WHICH ADMITTED** | |
| **Courts** | **Date Admitted** |
| Supreme Judicial Court of Massachusetts, Boston, Massachusetts | January 13, 1977 |
| U.S. District Court for the District of Massachusetts, Boston, Massachusetts | February 17, 1977 |
| U.S. Courts of Appeals for the First Circuit, Boston Massachusetts | April 3, 1979 |
| U.S. Supreme Court, Washington, D.C. | March 3, 1980 |
| U.S. District Court for the Northern District of New York, Albany, New York | January 29, 1981 |
| U.S. Court of Appeals for the Fourth Circuit, Richmond, Virginia | July 27, 1982 |
| U.S. District Court for the Eastern District of Wisconsin, Milwaukee, Wisconsin | February 22, 1984 |
| U.S. Court of Appeals for the Federal Circuit, Washington, D.C., | April 27, 1984 |
| U.S. District Court for the Northern District of California, San Francisco, California | October 4, 1985 |
| U.S. Court of Appeals for the Seventh Circuit, Chicago, Illinois | February 21, 1986 |
| U.S. District Court for the District of Colorado | August 3, 2011 |

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **January** A.D. **1977** , said Court being the highest Court of Record in said Commonwealth:

## William F. Lee

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **September** in the year of our Lord **two thousand and thirteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116