Denise M. De Mory  (*admitted pro hac vice*)
ddemory@bdiplaw.com
Cliff Win, Jr.  (*admitted pro hac vice*)
cwin@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone:  650-351-7248
Facsimile:   650-351-7253

Michael D. Rounds (Nevada Bar No. 4734)
mrounds@watsonrounds.com
Adam P. McMillen (Nevada Bar No. 10678)
amcmillen@watsonrounds.com
WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone:  702-636-4902
Facsimile:   702-636-4904

*Attorneys for Plaintiff*
NXP B.V.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NXP B.V.,<br><br>                    Plaintiff,<br>    v.<br><br>NINTENDO CO. LTD.,<br>NINTENDO OF AMERICA INC.,<br><br>                    Defendants. | CASE NO.: 2:13-cv-00453-MMD-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, NXP B.V., and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, Nintendo Co. Ltd. and Nintendo of America Inc.

1  Dated:  October 15, 2013.

2      BUNSOW DE MORY SMITH & ALLISON LLP

3  By: /s/ *Denise M. De Mory*
Denise M. De Mory (*admitted pro hac vice*)
ddemory@bdiplaw.com
Cliff Win, Jr., (*admitted pro hac vice*)
cwin@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: 650-351-7248
Facsimile: 650-351-7253

and

Michael D. Rounds (Nevada Bar No. 4734)
mrounds@watsonrounds.com
Adam P. McMillen (Nevada Bar No. 10678)
amcmillen@watsonronuds.com
WATSON ROUNDS
10000 West Charleston Boulevard, Suite 240
Las Vegas, NV 89135
Telephone: 702-636-4902
Facsimile: 702-636-4904

*Attorneys for Plaintiff* NXP B.V.

NOTICE OF VOLUNTARY DISMISSAL